

PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MAUREEN P. QUINLAN HAAG, | ) | |
| | ) | CASE NO. 1:20CV1561 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| ANDREW M. SAUL, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | **SENTENCE-FOUR REMAND ORDER** |

An Administrative Law Judge ("ALJ") denied Plaintiff Maureen P. Quinlan Haag's application for disability insurance benefits ("DIB") after a hearing in the above-captioned case. That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial review of the Commissioner's decision, and the Court referred the case to Magistrate Judge David A. Ruiz for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).

(1:20CV1561)

Pending is the parties' Joint Stipulation to Remand to the Commissioner (ECF No. 17) under sentence four of 42 U.S.C. § 405(g).[1] The parties stipulate that the Court remand the matter to the Commissioner for further proceedings and a new decision.

Accordingly, the decision of the Commissioner of Social Security is reversed and the case is remanded to the Commissioner for further proceedings and a new decision. After conducting any record development the ALJ deems appropriate, the ALJ shall issue a new decision.

This Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

| | |
|---|---|
| April 30, 2021 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |

C:\Users\davisie\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\YKB6IFI5\20-1561 Haag v. Comm'r REM.wpd

---

[1] Sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), states:
> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.